UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

SOMVANG P.,                                Case No. 26-CV-2900 (PJS/EMB)

      Petitioner,

v.                                                    ORDER

MARKWAYNE MULLIN, Secretary,
Department of Homeland Security;
TODD BLANCHE, Acting Attorney
General; DAVID VENTURELLA, Acting
Director, Immigration and Customs
Enforcement; and DAVID
EASTERWOOD, Acting Director, St. Paul
Field Office Immigration and Customs
Enforcement,

      Respondents.

---

IT IS HEREBY ORDERED THAT:

1.      Respondents are directed to file an answer to the petition for a writ of habeas corpus by no later than June 18, 2026, certifying the true cause and proper duration of petitioner's confinement and showing cause why the writ should not be granted in this case.

2.      Respondents' answer should include:

      a.      Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of petitioner's detention in light of the issues raised in the habeas petition;

b.	A reasoned memorandum of law and fact explaining respondents' legal position on petitioner's claims; and

c.	Respondents' recommendation on whether an evidentiary hearing should be conducted.

3.	If petitioner intends to file a reply to respondents' answer, petitioner must do so by no later than June 20, 2026.

4.	Respondents are ENJOINED from moving petitioner outside of Minnesota until further order of the Court, so that petitioner may consult with counsel while the Court is considering the petition, and so that there is no risk that removal of petitioner from Minnesota will deprive this Court of jurisdiction over the petition.  If petitioner has already been removed from Minnesota, respondents are ORDERED to immediately return petitioner to Minnesota no later than June 17, 2026, at 10:30 am.

Dated: June 15, 2026

/s/ Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court