UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SOMVANG P.,                                      Case No. 26-CV-2900 (PJS/EMB)

                              Petitioner,

        v.
                                                 ORDER

MARKWAYNE MULLIN, Secretary,
Department of Homeland Security;
TODD BLANCHE, Acting Attorney
General; DAVID VENTURELLA, Acting
Director, Immigration and Customs
Enforcement; and DAVID
EASTERWOOD, Acting Director, St.
Paul Field Office Immigration and
Customs Enforcement,

                              Respondents.

        This matter is before the Court on respondents' motion for an extension, until

June 22, 2026, to file respondents' answer to the petition for a writ of habeas corpus.

ECF No. 8.  The current deadline for the filing of respondents' answer is June 18, 2026.

The requested extension is due to counsel for respondents being temporarily unable to

access materials necessary to respond to the petition for a writ of habeas corpus.

Petitioner did not consent to the requested extension.

        Based upon all the files, records and proceedings herein,  IT IS HEREBY

ORDERED that:

        1.      Respondents' motion for extension  [ECF No. 8] is GRANTED.

        2.      Respondents must file an answer to the petition for a writ of habeas

corpus by no later than June 22, 2026.

3.      If petitioner intends to file a reply to respondents' answer, petitioner must do so by no later than June 24, 2026.

4.      No further extensions will be granted.

Dated: June 18, 2026                /s/ Patrick J. Schiltz
                                         Patrick J. Schiltz, Chief Judge
                                         United States District Court