# UNITED STATES DISTRICT COURT

## District of Minnesota

Somvang Phrachansiry,

Petitioner(s),

v.

Markwayne Mullin, Todd Blanche, David Venturella, David Easterwood,

Respondent(s).

**AMENDED JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-02900-PJS-EMB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's amended petition for habeas corpus [ECF No. 5] is GRANTED IN PART.
2. Respondents must release petitioner within 48 hours of entry of this order, subject to the conditions of the prior order of supervision. Respondents must release petitioner in Minnesota.
3. The remainder of petitioner's petition is DENIED WITHOUT PREJUDICE.

Date: 7/15/2026

KATE M. FOGARTY, CLERK