UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SOMVANG P.,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary, Department of Homeland Security; TODD BLANCHE, Acting Attorney General; DAVID VENTURELLA, Acting Director, Immigration and Customs Enforcement; and DAVID EASTERWOOD, Field Office Director, St. Paul Field Office Immigration and Customs Enforcement,

Respondents.

Case No. 26-CV-2900 (PJS/EMB)

ORDER

Petitioner has informed the Court that he wishes to file a motion asking the Court to order respondents to show cause why they should not be held in contempt of the Court's order of July 13, 2026.

Based upon all the files, records and proceedings herein, IT IS HEREBY ORDERED that:

1. Petitioner must file his motion and supporting documents by July 25, 2026.

2. Respondents must file any response and supporting documents by July 28, 2026.

3. A hearing on the motion will be held on Thursday, July 30, 2026 at 8:30 am in Courtroom 15 (MPLS) before Judge Patrick J. Schiltz.

SO ORDERED.

Dated: July 23, 2026

/s/ Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge